GOVERNMENT'S FAILURE TO COMPLY WITH THE REQUIRE-
MENTS OF RULES FOR COURTS-MARTIAL 1105 AND 1106.

The decision of the United States Air Force Court of Criminal Appeals and the
action of the convening authority are set aside. The record of trial is returned to
the Judge Advocate General of the Air Force for submission to an appropriate
convening authority for a new recommendation and action consistent with *United
States v. Mendoza*, 67 M.J. 53 (C.A.A.F. 2008). Thereafter, Articles 66 and 67,
Uniform Code of Military Justice, 10 U.S.C. §§ 866 and 867 (2006), shall apply.
[See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 12–5001/AF. U.S. v. Daniel J. Datavs. CCA 37537. Notice is hereby given
that a motion for enlargement of time to file a certificate for review of the decision
of the United States Air Force Court of Criminal Appeals was filed by Appellant
under Rule 30 on December 29, 2011, and placed on the docket on this date.

No. 12–0143/MC. U.S. v. Richard A. Garcia-Tolson. CCA 2010000610. On consid-
eration of Appellee's motion to remand, it is ordered that said motion is hereby